IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-00323-FL

| | |
|---|---|
| AI THUMBNAIL MAKER LLC AND KALE ABRAHAMSON, | ) ) ) |
| Plaintiffs, | ) ) **ENTRY OF DEFAULT** |
| v. | ) ) ) |
| ERIC LEOPARDI | ) ) |
| Defendant. | ) ) |

This matter having come before the Court on Plaintiffs' Motion for Entry of Default under Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1, and good cause having been shown, it is hereby ORDERED:

1. That Plaintiffs' Motion for Entry of Default as to Defendant Eric Leopardi is GRANTED.

2. Default is hereby entered against Defendant Eric Leopardi in this action as provided by Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1.

Done this 7 day of September, 2023.

_____
Clerk, United States District Court